**In the Interest of A⎯⎯P⎯⎯C⎯⎯,
a minor child.**

No. 47329.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 12, 1984.

Timothy B. Brassil, St. Louis, for appellant.

Patricia Lucille Wendling, St. Louis, for respondent.

ORDER

PER CURIAM:

The natural father appeals from an order of the Juvenile Division of the Circuit

Court of the City of St. Louis terminating all parental rights of appellant and of the natural mother, as to A——P——C——, and transferring legal custody of the child to the Missouri Division of Family Services for the purpose of adoption. The evidence in support of the order being sufficient and no error of law appearing, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).